# LAW OFFICES OF ADAM D. PERLMUTTER, P.C.
### ATTORNEYS AT LAW

**260 MADISON AVENUE, SUITE 1800**
**NEW YORK, NY 10016**
**TEL. (212) 679-1990**
**FAX. (212) 679-1995**

ADAM D. PERLMUTTER, ESQ.
–
JENNIFER LOUIS-JEUNE, ESQ.
DANIEL A. MCGUINNESS, ESQ.

OF COUNSEL
PAUL GREENFIELD, ESQ.

July 15, 2012

**VIA ECF**

The Honorable Edward R. Korman
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **United States v. Julie Gindi**
      **Case No. 11-cr-605 (ERK)**

Dear Judge Korman:

     I am writing on behalf Julie Gindi who the Court sentenced on Friday to two years probation.  I request that the Court allow as a additional condition of probation that Ms. Gindi be permitted travel between New York and New Jersey, and reside in New Jersey through Labor Day.  Her family has relocated to New Jersey for the summer, and Pretrial Services permitted Ms. Gindi to live there.  Ms. Gindi's children are in camp in New Jersey and expenses have been incurred to relocate the family for the summer.

     My understanding is that Probation has told Ms. Gindi that she must return to New York by Tuesday unless arrangement is made through the Court for a modification of her probation conditions.  In light of the foregoing, I request that the Court order that an additional condition of probation is that Ms. Gindi can reside in New Jersey and travel between New York and New Jersey through Labor Day of this year.

The Honorable Edward R. Korman
July 15, 2012
Page 2 of 2

    I want to thank the Court for its consideration of this request.

                                        Very truly yours,

                                        Adam D. Perlmutter

Cc:    AUSA Todd Kaminsky (via ECF)
        Julie Gindi (via electronic mail)